ERNST SANDER, Respondent, v. ANTHONY PEZZUTO, Appellant.— In an action brought in the Municipal Court of the City of New York, Borough of Queens, Fourth District, to recover damages for personal injuries sustained by respondent when appellant's automobile backed into him, a judgment was entered on the verdict of a jury in favor of appellant. The Appellate Term reversed the judgment and ordered a new trial. By permission of this court an appeal has been taken from the order of the Appellate Term, the appellant having filed the stipulation for judgment absolute required by rule XXVI of the rules of this court. Order unanimously affirmed, judgment absolute directed in favor of respondent against appellant, pursuant to said stipulation, with costs in all courts, and matter remitted to said Municipal Court for the assessment of damages. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ.

SEA GATE ASSOCIATION, Respondent, v. PAULINE SEXTER, Appellant.— In an action to recover from an owner of property in Sea Gate, a private community in Brooklyn, her proportionate share of the cost of maintaining the common facilities, order denying motion to dismiss the first cause of action alleged in the complaint, for insufficiency, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ., concur.

## THIRD DEPARTMENT, NOVEMBER, 1954.

## (November 18, 1954.)

In the Matter of the Claim of AMANDA BANKS, on Behalf of Herself and Minor Children, Respondent, against APOLLO ASSOCIATES, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ. [See ante, p. 857.]

In the Matter of the Claim of the COMMISSIONER OF TAXATION AND FINANCE et al., Appellants, against WILLIAM GOLDFISHER et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

In the Matter of the Claim of DAVID DENTE, Appellant, against NEW YORK FLEET et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

In the Matter of the Claim of MIRIAM FORMAN, Appellant, against HYDE HALL HOMES, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, upon stipulation. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.